# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1993
_____

T.T.M.R., Mother of G.A.R.,
Minor Child,

      Appellant,

      v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

      Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Lacey Powell Clark, Judge.

February 13, 2024


PER CURIAM.

      AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


T.T.M.R., pro se, Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families; and Sara E. Goldfarb, Director of Appeals, and Caitlin Burke, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem o/b/o G.A.R.